IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Terry Trout, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 6:12-670-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Colormatrix Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Terry Trout's ("Trout") "motion for entry of default against defendant" filed on August 26, 2012. The clerk entered default against Colormatrix Corporation ("Colormatrix") on August 27, 2012. In the motion, Trout also moves for default judgment. However, Trout failed to provide an accompanying memorandum in support of his motion for default judgment. Pursuant to Local Civil Rule 7.04 DSC,

> [a]ll motions made other than in a hearing or trial or to compel discovery shall be timely filed with an accompanying supporting memorandum which shall be filed and made part of the public record. However, unless otherwise directed by the Court, a supporting memorandum is not required if a full explanation of the motion as set forth in Local Civil Rule 7.05 is contained within the motion and a memorandum would serve no useful purpose.

After being requested to submit a memorandum, Trout has failed to comply. Therefore, the court strikes Trout's motion for default judgment from the docket.

1

**IT IS SO ORDERED.**

                                                    s/Henry M. Herlong, Jr.
                                                    Senior United States District Judge

Greenville, South Carolina
September 14, 2012